properly have been classified as plate steel of the kind provided for in paragraph 307 of the Tariff Act of 1930 (19 U.S.C. § 1001, par. 307), as modified, *supra*, for which duty at the rate of 10 per centum ad valorem, but not less than 0.175 cent per pound is provided.

When this case was called for trial, the protest file was received in evidence as plaintiff's collective exhibit 1, and the parties hereto entered into an oral stipulation of fact wherein it was agreed that the merchandise at bar consists of plate steel similar in all material respects to that which was the subject of decision in *Atwood Vacuum Machine Co.* v. *United States*, 39 Cust. Ct. 366, Abstract 61049, wherein similar merchandise was held to be plate steel within the purview of said paragraph 307, as modified, *supra*, and subject to duty at the rate therein provided. By agreement of counsel, the record in the *Atwood* case, *supra*, was incorporated with the record herein.

The Government concedes that plaintiff's claim is well founded.

Based upon the facts presented and following the cited authority, we hold that the merchandise in controversy should properly have been classified as plate steel of the kind provided for in paragraph 307 of the Tariff Act of 1930, as modified, *supra*, and assessed with duty at the rate of 10 per centum ad valorem, but not less than 0.175 cent per pound. The claim of plaintiff to that effect is, therefore, sustained. All other claims are overruled.

Judgment will issue accordingly.

**No. 63437.**—Carrier Corporation *v.* United States, protest 292510–K (Rochester).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 63438.**—Frederick H. Cone Co., Inc. *v.* United States, protests 58/19883(B), etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

**No. 63439.**—Lacy Falk *v.* United States, protest 59/15117(A) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.